ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

BRANDON ADKINS (D.C. Bar No. 1010947)
brandon.adkins@usdoj.gov
LUCY E. BROWN (HI Bar #10946)
lucy.e.brown@usdoj.gov
KRISTEN SARNA (D.C. Bar #90018405)
kristen.sarna@usdoj.gov
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044
Telephone (202) 598-9562 (Adkins)
Telephone (202) 598-1868 (Brown)
Telephone (202) 514-0375 (Sarna)
Facsimile (202) 514-8865

*Attorneys for Defendant International Boundary
and Water Commission, United States Section*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN DIEGO COASTKEEPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES INTERNATIONAL BOUNDARY AND WATER COMMISSION, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00663-JES-VET<br><br>**MOTION TO WITHDRAW**<br><br>District Judge: James E. Simmons, Jr.<br>Magistrate Judge: Valerie E. Torres |

## MOTION TO WITHDRAW AS COUNSEL

Lucy E. Brown respectfully moves to withdraw as counsel of record for the International Boundary and Water Commission, United States Section, and for Commissioner Chad McIntosh, in his official capacity (collectively, "USIBWC"). USIBWC will continue to be represented in the matter by Brandon Adkins and Kristen Sarna.  Pursuant to Local Civil Rule 83.3(f)(3), the accompanying declaration attests that this motion has been served on all counsel of record and on USIBWC.

May 29, 2025                                      Respectfully submitted,

                                                  s/ Lucy E. Brown
                                                  LUCY E. BROWN
                                                  Trial Attorney
                                                  United States Department of Justice